# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Goodson,<br><br>    Plaintiff,<br><br>v.<br><br>Unum Life Insurance Company of America,<br><br>    Defendant. | Civil No. 0:17-CV-862 PJS/HB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Richard Goodson and Defendant Unum Life Insurance Company of America that the above-captioned action, is dismissed with prejudice, and without an award of costs, disbursements, or attorney's fees to any party.

              **FIELDS LAW FIRM**

Dated: January 29, 2018    s/Zachary Schmoll
              Zachary Schmoll
              701 Washington Avenue North, Suite 300
              Minneapolis, MN 55401
              Telephone: 612-206-3472
              **ATTORNEYS FOR PLAINTIFF**

              **MESSERLI & KRAMER P.A.**

Dated: January 29, 2018    s/Terrance J. Wagener
              Terrance J. Wagener
              100 South Fifth Street, Suite 1400
              Minneapolis, MN 55402
              Telephone: (612) 672-3600
              **ATTORNEYS FOR DEFENDANT**

1574272.1