UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RICHARD GOODSON,   Case No. 17-CV-0862 (PJS/HB)

    Plaintiff,

v.   ORDER OF DISMISSAL

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on January 29, 2018 [ECF No. 14],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: January 30, 2018    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge